etc., of WENDOLIN J. NAUSS, Deceased, etc., under Section 2698 of the Code of Civil Procedure, Respondent; FLORENCE T. HILDEBRAND, as Coexecutrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements.      No opinion.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE MAINTENANCE COMPANY, INC., Appellant, v. WILLIAM RUBENOFF and Another, Doing Business under the Name and Style of NEW YORK MAINTENANCE COMPANY, Respondents.— Order affirmed, with ten dollars costs and disbursements.      No opinion.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BUILDERS BRICK AND SUPPLY COMPANY, INC., v. ANNE A. BENJAMIN and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSA JOSEPH v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK.— Motions to dismiss appeals granted, with ten dollars costs, unless appellant complies with terms stated in orders.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROSA JOSEPH v. INSURANCE COMPANY OF NORTH AMERICA.—Motions to dismiss appeals granted, with ten dollars costs, unless appellant complies with terms stated in orders.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB WAXMAN v. ISIDOR LANDAU.— Motion to dismiss appeal denied, without costs.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LIANA R. O'NEIL v. MCKINLEY MUSIC COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER W. IRWIN v. HARVEY H. HEVENOR, Impleaded, etc.— Motion to dismiss appeal denied.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOSEPH E. HURWITZ and Others v. SOLOMON LEVIN, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LAWRENCE LANE.— Motion to dismiss appeal granted.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN D. FOWLER.— Motion to dismiss appeal granted.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BALLERO and WILLIAM VIGNOLD.— Motion to dismiss appeal granted.      Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DEVEARA AUGUILLIAR v. PETER MALLON, Warden, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.